# PD-1222-15

PDR No. _____

Court of Appeals No. 03-14-00452-CR

| | | |
|---|---|---|
| ANTONIO PEREZ LOPEZ | § | IN THE TEXAS COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | AT AUSTIN, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ANTONIO PEREZ LOPEZ, Petitioner in the above styled and numbered cause, and moves this Court for a 90-day extension to file her Petition for Discretionary Review, and would show as follows:

1. Petitioner has been convicted for the offense of Aggravated Sexual Assault, two counts of Indecency with a Child by Contact and one count of Indecency by Exposure and assessed sentences of 20 years in the Texas Department of Criminal Justice – Criminal Institution Division on the Aggravated Sexual Assault and Indecency with a Contact counts, and 10 years on the Indecency by Exposure count.

2. The Third District Court of Appeals issued an unpublished decision in this case on August 12, 2015. *Antonio Perez Lopez v. State of Texas*, 03-14-00452-

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

1

CR (Tex.App.-Austin, July 30, 2015). The PDR in this case is due on Sept. 11, 2015.

3. On Aug. 20, 2015, Petitioner deposited his "Motion For Rehearing" in U.S. Postal container, to be filed with the Third Court of Appeals, pursuant to Rule 49.1 Texas Rules Appellate Procedure.

4. The brief in this case was an Anders Brief and the Court of Appeals granted appointed counsel's motion to withdraw.

5. In order to pursue further relief in the Third Court of Appeals and his options, Petitioner needs time to prepare an adequate Petion on a pro se basis. Accordingly, Petitioner requests a 90-day extension of time to file his Petition For Discretionary Review, upon completion of proceedings regarding his Motion for Rehearing which is pending in the Third Court of Appeals.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Court grant this Motion, and grant an additional 90-days to file a PDR in this case.

Respectfully submitted,

Antonio Perez Lopez #1942352
C.T. Terrell Unit
1300 FM 655
Rosharon, TX   77583

Petitioner Pro Se

2.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served by U.S. Mail, first-class postage prepaid, upon the State's Prosecuting Attorney, P. O. Box 13046 Capitol Station, Austin, Texas 78711, on this the _11th_ day of Sept. 2015.

*Antonio P Lopez*

Antonio Perez Lopez

## UNSWORN DECLARATION

I, Antonio P. Lopez, being presently incarcerated in the Terrell Unit, TDCJ-ID, in Brazoria County, Texas, do hereby certify and declare under penalty of perjury that the information in the above and foregoing motion is true and correct.

Executed on this the _11th_ day of Sept., 2015.

*Antonio P Lopez*

3.